**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Joseph A. Addie, | Civil No. 11-1281 (RHK/JJK) |
| Plaintiff, | **ORDER** |
| v. | |
| CSC Credit Services, Inc., | |
| Defendant. | |

---

Pursuant to the parties' Stipulation for Dismissal (Doc. No. 7), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, on the merits and without an award of any costs, disbursements or attorneys' fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  June 27, 2011

                                                  s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge